UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

CONSUMER ADVOCACY CENTER, INC.

      Debtor.

_____/

SONYA SALKIN SLOTT,

    Chapter 7 Trustee

    Plaintiff,

v.

NATIONAL MERCHANT CENTER, INC.

    Defendant.

_____/

Case No. 19-10655-BKC-SMG

Chapter 7

ADV. NO. 21-01015-SMG

## NOTICE OF VOLUNTARY DISMISSAL

Sonya S. Slott, as Chapter 7 Trustee for Consumer Advocacy Center, Inc. hereby voluntarily dismisses with prejudice the within action against Defendant, National Merchant Center, Inc.,pursuant to a Court Order approving the settlement agreement between the parties dated June 11, 2021[Main Case ECF No. 314] with each party to bear their own attorney's fees and costs.

Respectfully submitted this 16th day of August, 2021.

                                              GENOVESE JOBLOVE & BATTISTA, P.A.
                                              *Counsel to Trustee*
                                              100 Southeast Second Street, Suite 4400
                                              Miami, Florida 33131
                                              Telephone: (305) 349-2300
                                              Facsimile:  (305) 349-2310

                                           By:  /s/ *Gregory Garno,*
                                                  Gregory M. Garno, Esq.
                                                  Florida Bar No. 087505
                                                  ggarno@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's Case Management/Electronic Case Filing System upon all interested creditors and parties registered to receive electronic notification on this matter (which is incorporated herein by reference) on August 16, 2021.

/s/ Gregory Garno
Gregory M. Garno, Esq.